```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
DAVID ROSENGARTEN,                      :
                                        :     12 Civ. 3990 (DLC)
                   Plaintiff,           :
                                        :     ORDER OF
         -v-                            :     DISCONTINUANCE
                                        :
STANLEY B. WOLFSON and U.S. WINE        :
ASSOCIATION, INC.,                      :
                                        :
                   Defendants.          :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/12

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

SO ORDERED:

Dated:    New York, New York
          October 11, 2012

                                    _____
                                             DENISE COTE
                                    United States District Judge